CLD-375                                                          NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-3283
_____

IN RE: LAMAR BROWN,
                                                   Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to Civ. No. 3-12-cv-02021)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 25, 2014

Before: FUENTES, JORDAN and SHWARTZ, <u>Circuit</u> <u>Judges</u>

(Opinion filed: October 3, 2014)
_____

OPINION
_____

PER CURIAM

       Pro se petitioner Lamar Brown has filed a petition for writ of mandamus pursuant

to 28 U.S.C. § 1651. He seeks an order compelling the District Court to act on his 28

U.S.C. § 2254 petition for writ of habeas corpus. Specifically, he asks that we compel

the District Court to remand his criminal case to the state trial court with instructions to

change his sentence. Our review of the District Court's docket reveals that Brown's

action was resolved by the District Court shortly after he filed this petition, and that

Brown has filed an appeal of that order, which is currently pending. <u>See</u> M.D. Pa. Civ. A. No. 12-cv-02021. Brown's mandamus petition is therefore moot, and we will deny it accordingly.